# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID R. HEINEKAMP & NOREEN P. HEINEKAMP  Case Number: 05-73357
1727 - 14TH AVENUE    SSN-xxx-xx-8500 & xxx-xx-1409
BELVIDERE, IL  61008

Case filed on: 7/5/2005
Plan Confirmed on: 9/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $29,512.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 1,594.00 | 1,594.00 | 1,594.00 | 0.00 |
|  | Total Legal | 1,594.00 | 1,594.00 | 1,594.00 | 0.00 |
| 005 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID R. HEINEKAMP | 0.00 | 0.00 | 52.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 52.48 | 0.00 |
| 002 | ILLINOIS COMMUNITY CREDIT UNION | 4,302.00 | 4,302.00 | 4,302.00 | 397.96 |
| 003 | ILLINOIS COMMUNITY CREDIT UNION | 375.06 | 375.06 | 375.06 | 34.85 |
| 004 | DEUTSCHE BANK NATIONAL TRUST COMPANY | 21,036.70 | 21,036.70 | 21,036.70 | 0.00 |
|  | Total Secured | 25,713.76 | 25,713.76 | 25,713.76 | 432.81 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LAW OFFICES OF MITCHEL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 27,307.76 | 27,307.76 | 27,360.24 | 432.81 |

Total Paid Claimant:     $27,793.05
Trustee Allowance:       $1,718.95
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan